May 18, 2021

United States District Court
Southern District of New York

**RE: Case 1:21-cv-03155-CM**

Dear Judge McMahon,

I wish to contest this court's jurisdiction over me. I have never conducted business in New York. I have never resided in New York.

Sincerely,

Jason May