# PretiFlaherty

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

Timothy J. Bryant
tbryant@preti.com
207.791.3236

May 20, 2021

**VIA ECF**

Hon. Colleen McMahon
Senior District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

RE: *9 Kings Hong Kong Limited v. Beyond Masks, LLC et al.*,
No. 1:21-cv-03155-CM

Dear Judge McMahon:

**MEMO ENDORSED**

I write on behalf of Plaintiff 9 Kings Hong Kong Limited ("9 Kings") as well as Defendants Beyond Masks, LLC ("Beyond Masks") and Schimeon A. Frederick, Jr. ("Mr. Frederick") to seek clarification of the impact of the Court's Scheduling Order of May 19, 2021 (ECF No. 32, the "Scheduling Order").

In particular, 9 Kings, Beyond Masks, and Mr. Frederick seek clarification that, in light of the Scheduling Order, the May 26, 2021 deadline for the Parties to fax a Civil Case Management Plan to chambers (*see* ECF No. 21) is stayed until the status of Defendant Jason May ("Mr. May") is clarified—particularly since the Civil Case Management Plan must be signed by all Parties and it remains unclear whether Mr. May is represented by counsel or proceeding *pro se*.

Furthermore, 9 Kings, Beyond Masks, and Mr. Frederick seek clarification from the Court that, if Mr. Frederick seeks to move to dismiss the Complaint for lack of personal jurisdiction and/or improper venue, and/or to transfer, then 9 Kings will then be afforded a 90-day period for jurisdictional discovery just as the Scheduling Order contemplates as to Mr. May. Counsel for Mr. Frederick advises that, if Mr. Frederick makes such a motion, he will do so by June 3, 2021.

Thank you for your attention to this matter.

[THIS SPACE INTENTIONALLY LEFT BLANK]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2021

Preti Flaherty
Beliveau & Pachios LLP
Attorneys at Law

One City Center, Portland, ME 04101  |  PO Box 9546, Portland, ME 04112-9546  |  Tel 207.791.3000  |  www.preti.com

17594393.1

---

**Handwritten annotations by the Court:**

5/20/2021

The scheduling order has NOT been signed by the court. It is not in effect. My order of yesterday supersedes it. We will enter a new order after Mr. May's status is clarified.

If Mr. Frederick makes such a motion, you will have 75 days for discovery. Both men will be on the same schedule.

PRETI FLAHERTY

May 20, 2021
Page 2

                                Respectfully submitted,

/s/ Timothy J. Bryant
Timothy J. Bryant (admitted *pro hac vice*)
Preti, Flaherty, Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, Maine 04112
Telephone: 207.791.3236
tbryant@preti.com

*Counsel for Plaintiff 9 Kings Hong Kong Limited*

/s/ James L. Weintraub (with permission)
James L. Weintraub (admitted *pro hac vice*)
James L. Weintraub, P.A.
931 NW 9th Court
Boca Raton, Florida 33486
Telephone: 561.452.1233
jim@jlwpa.com

*Counsel for Defendants Beyond Masks, LLC and Schimeon A. Frederick, Jr.*

cc: Jason May (via ECF)

17594393.1