UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 9 KINGS HONG KONG LIMITED,<br><br>      Plaintiff,<br><br>vs.<br><br>BEYOND MASKS, LLC,<br>SCHIMEON A. FREDERICK, JR., AND JASON MAY,<br><br>      Defendants. | CIVIL ACTION NO. 1:21-CV-03155-CM<br><br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, BEYOND MASKS, LLC, by their undersigned counsel, hereby advises the Court that said defendant does not have a parent corporation, and there isn't any public corporation that owns 10% or more of its stock.

                                          Respectfully Submitted,

                                          By:   /s/ James L. Weintraub
                                                  James L. Weintraub, Esquire
                                                  James L. Weintraub, P.A.
                                                  931 NW 9th Court
                                                  Boca Raton, FL  33486
                                                  Office: (561) 452-1233
                                                  Fax: (800) 878-7872
                                                  Email: jim@jlwpa.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed on May 26, 2021. Notice of this filing will be sent to all parties and their counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ James L. Weintraub  
James L. Weintraub
