IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 9 KINGS HONG KONG LIMITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>BEYOND MASKS, LLC,<br>SCHIMEON A. FREDERICK, JR., and<br>JASON MAY,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-03155-CM |

**MOTION FOR WITHDRAWAL OF MARTIN C. TOPOL
AS COUNSEL FOR PLAINTIFF**

    Attorney Martin C. Topol, pursuant to Rule 1.4 of the Local Civil Rules for the United States District Court for the Southern District of New York, respectfully moves this Court for an order permitting the withdrawal of his appearance as counsel for Plaintiff 9 Kings Hong Kong Limited in the above-captioned matter. In support thereof, Attorney Topol relies on the Declaration submitted herewith.

    As of June 9, 2021, Attorney Topol will no longer be employed with Preti, Flaherty, Beliveau & Pachios, LLP ("Preti Flaherty"). Attorney Timothy J. Bryant, who was admitted *pro hac vice* on April 28, 2021, and Preti Flaherty will continue to represent Plaintiff in this matter. Plaintiff and Attorney Bryant consent to Attorney Topol's withdrawal. Given the case schedule and Plaintiff's continued representation by Attorney Bryant and Preti Flaherty, no party will be prejudiced if this motion is granted. Attorney Topol is not asserting a lien. Accordingly, pursuant to Rule 1.4, Attorney Topol respectfully requests that this Court order his withdrawal.

[THIS SPACE INTENTIONALLY BLANK]

Dated:  June 8, 2021 			Respectfully submitted,

/s/ *Martin C. Topol*_____
Martin C. Topol (admitted *pro hac vice*)
Preti, Flaherty, Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, Maine 04112
Telephone: 207.791.3000
mtopol@preti.com

*Counsel for Plaintiff*
*9 Kings Hong Kong Limited*

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, I caused a true and correct copy of the foregoing to be served by electronic means via the CM/ECF system on all counsel registered to receive electronic notices and caused a copy to be served by electronic mail upon any non-CM/ECF participants.

/s/ *Martin C. Topol*_____
Martin C. Topol