# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

9 KINGS HONG KONG LIMITED,

    *Plaintiff*,

v.

BEYOND MASKS, LLC,
SCHIMEON A. FREDERICK, JR., and
JASON MAY,

    *Defendants*.

Civil Action No. 1:21-cv-03155-CM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021

## [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF MARTIN C. TOPOL AS COUNSEL FOR PLAINTIFF

The Motion of Martin C. Topol for withdrawal as counsel for Plaintiff in the above-captioned matter is granted. Martin C. Topol is hereby withdrawn from this matter.

Dated: 10 June 2021

_____
United States District Judge

1

17647090.1