## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

9 KINGS HONG KONG LIMITED,

*Plaintiff*,

v.

BEYOND MASKS, LLC,
SCHIMEON A. FREDERICK, JR., and
JASON MAY,

*Defendants*.

Civil Action No. 1:21-cv-03155-CM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2021

### [~~PROPOSED~~] ORDER

The Court, having considered the Parties' Joint Stipulation, and it being in the interest of justice, as well as for the convenience of the Parties, APPROVES the Joint Stipulation and ORDERS as follows:

1. This action is hereby transferred to the United States District Court for the Southern District of Florida (West Palm Beach Division).

Dated: 6/23/2021

_____
United States District Judge

17709407 1